```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael Marin,

                      Plaintiff,

-against-

P.H.A.J. Inc. d/b/a Sussex Wine & Spirits and Jordan Garfinkel,

                      Defendants.

1:19-cv-01675 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

        This case contains claims under the Fair Labor Standards Act. On May 16, 2019 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 23.) On May 24, 2019 the parties submitted their proposed settlement agreement. (ECF No. 24.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

        Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.

**SO ORDERED.**

DATED:     New York, New York
               May 28, 2019

                                                         _____
                                                             STEWART D. AARON
                                                              United States Magistrate Judge